COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Zachary  J.  Williams v. Max  B.  Mutia

Appellate case number:   01-19-00340-CV

Trial court case number:  15-DCV-227230

Trial court:               434th District Court of Fort Bend County

On April 15, 2022, Anh P. Nguyen filed a motion to substitute as counsel of record for appellee Max B. Mutia in the above-referenced appeal.

After its plenary power expires, this Court has no jurisdiction to take any action on a case unless expressly authorized by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 19.3(a)–(d). We issued our judgment in this appeal on August 24, 2021, and neither appellant nor appellee filed a motion for rehearing, motion for en banc reconsideration, or a motion to extend the time to file such a motion. Accordingly, our plenary power expired on October 25, 2021, and none of the permitted post-plenary power bases set forth in Rule 19.3 apply to the motion to substitute counsel. *See* TEX. R. APP. P. 19.1(a), 19.3.

Absent plenary power, attorney Nguyen's motion to substitute as counsel of record for appellee Max B. Mutia must be **dismissed for lack of jurisdiction.**

It is so ORDERED.


Judge's signature: /s Amparo Guerra
                        Acting individually


Date: April 26, 2022